DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DONTAE LAMAR THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1164
————————————————

July 10, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.